UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Ronald L. Cosner, pro se,
    Plaintiff,

v.                                              Case No: 2:20-cv-00536
                                                (To Be Suplied By Clerk)
Novartis, Inc.,
    Defendant.

Motion To Proceed In Forma Pauperis

Come now, the Plaintiff, Ronald L. Cosner, pro se, and declares under the penalties of perjury the following is true and correct in support of this motion:

1.) The plaintiff in this case is indigent and has had a negative balance in his trust fund account at Mt. Olive Corr. Complex for more than the last 6 months.

2.) The plaintiff has no monies, nor anything of value to pay the filing fees in this case or give security thereof.

3.) The plaintiff hereby consents to the U.S. District Court for the Southern District of West Virginia to inquire and obtain any information necessary to proceed in forma pauperis in this matter, and consents to any leins the court places upon his trust fund account to pay the initial filing fees in any manner the court deems necessary, so he may proceed in this matter before the court.

For the resons stated herein the plaintiff prays that this honorable and just court grants said motion.

Respectfully Submitted,

Dated: 8/5/2020          Signed: Ronald L. Cosner

FILED
AUG 10 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia