UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF WEST VIRGINIA

Ronald L. Cosner, pro se,
            Plaintiff,

v.                                          Case No. 2:20-cv-00536
                                                (To be Suppl...)
Novartis, Inc.,
            Defendant.

FILED

AUG 1 0 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Complaint Under U.S.C. § 1332

I. Parties        :

        1.) Plaintiff:

        Name: Ronald L. Cosner

        Address: M.O.C.C., One Mountainside Way,

                Mt. Olive, W.V. 25185

        2.) Defendant:

        Name: Novartis, Inc.,

        Address: 230 Park Ave., 21ST Floor

                New York, N.Y. 10169

II. Statement of Claim      :

        1.) Novartis, Inc., make a product used to
treat heartburn and acid reflux among other ailments
such as ulcers of the stomach, called Zantac (rantineadine).

        2.) I, the plaintiff have been taking this product
made by Novartis, Inc., for approximately 20 years of
my life, as I'm now 40 years old. I have spent and
used approximately $14,400.00 on this product over the years
to treat my medical conditions.

1.

II. Statement of Claim : (continued from page 1.)

       3.) In, April of 2020, I discovered that the medication Zantac contains a chemical called N.D.M.A. and this chemical has been know to cause cancer of various types which can very well be life-threatening. Due to the fact I have been consuming this cancer causing medication, I'm much more likely to develope cancer sometime durring the course of my life. Also, I would not have consumed close to $15,000.00 of medication, had I been aware it may lead to development of cancer. I would simply have used a different medication to treat my ailments, not one which poisons the taker with cancer.

III. Relief Sought :

      1.) All costs associated with this suit.

      2.) A trial on all issues triable by Jury.

      3.) Compenatory Damages in the amount of $14,400.00 for money spent on the medication Zantac, and $150,000.00 in Copensatory and Punative Damages for making me more likely to develope cancer in the future and to which I may already have.

      4.) Any and all other relief this honorable court deems, just, proper and equitable.

IV. Verification of Complaint:

    I, Ronald L. Cosner, does hereby verify under the penalties of perjury that this foregoing complaint is true and correct to the very best of my knowledge and belief.

Date and Signature: Ronald L. Cosner   8/5/2020

Address: M.O.C.C., 1 Mountainside Way, Mt. Olive, W.V. 25185

2.